**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Michael Tompai, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-001820

———————

Appeal From Horry County
Paul M. Burch, Post-Conviction Relief Judge

———————

Memorandum Opinion No. 2019-MO-002
Submitted December 17, 2018 – Filed January 4, 2019

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Appellate Defender Susan Barber Hackett, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Johnny Ellis James, Jr., all of Columbia, for Respondent.

———————

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Michael Tompai's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**